UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| LAWRENCE GAY,<br><br>                           Plaintiff,<br>v.<br><br>JUAN ANTONIO BERUMEN, dba EL REY MORO TACO SHOP, OAKLAND SUTTER HOTEL LP,<br><br>                           Defendant. | Case No.: 18cv2661-CAB-BLM<br><br>**ORDER TO SHOW CAUSE OR PAY FILING FEE** |
|---|---|

      Plaintiff, a non-prisoner, proceeding with counsel, has filed a complaint for violations of the Americans with Disabilities Act, Unruh Act, California Disabled Persons Act, Negligence and Declaratory Relief.  On November 21, 2018, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  [Doc. No. 2.]  On November 26, 2018, the motion to proceed *in forma pauperis* was granted.  [Doc. No. 4.]

      Information has now come to the Court's attention that Plaintiff may, in fact, have the financial capability to pay the filing fee.  Plaintiff's counsel, Michael Taibi, has filed at least sixty-six cases in this court in 2018 on behalf of eight plaintiffs, including four cases on behalf of Mr. Gay.[1]  Most or all sixty-six cases utilize the same complaint

---

[1] A list of the cases is attached hereto.

containing the same verbatim generic allegations aside from the identification of the defendants and location in question and the details of the plaintiff's alleged visit to the establishment (which is typically contained entirely in paragraph 11 of the complaint presumably to avoid Taibi having to renumber the remaining paragraphs).  Most or all of the sixty-six complaints attach a form report from William Carter, who purports to be president of "Daoliam International" and a "Disabled Accessibility Compliance Expert" or "D.A.C.E.", a designation or certification with which the Court is unfamiliar and about which the Court has been unable to locate any information.

In all sixty-six cases, including Mr. Gay's four cases, the plaintiff applies to proceed IFP, and each IFP application lists monthly income consisting of disability benefits between $826 and $930, and, in more recent filings for some of the plaintiffs, income of $100 to $250 from "ADA settlements."  The monthly expenses on the applications filed by Mr. Taibi's cadre of plaintiffs vary from line item to line item from filing to filing, but almost always exceed the stated monthly income.  Almost all of these IFP applications have been granted, but when a Court has challenged the statements in an IFP application from one of Mr. Taibi's clients, or denied the application entirely, the filing fee is paid within days.  *See, e.g., Banks v. Rigoberto's Taco Shop, Inc.*, Case No. 18-CV-584-LAB-BLM; *Navarro v. The Tyrone Times, Inc.*, 18-CV-1966-CAB-KSC.  Finally, almost all of Mr. Taibi's cases settle and/or are voluntarily dismissed with prejudice before or shortly after an answer is filed.  In twenty-nine of the sixty-six cases, notices of settlement and/or notices of voluntary dismissal with prejudice were filed. The dockets for most of the remaining cases do not reflect any service on the defendants, and just two cases have proceeded through an early neutral evaluation conference ("ENE") and had a scheduling order entered.[2]

---

[2] In one more case, the parties appear to have reached a settlement at the ENE, but the plaintiff ignored the court's first deadline for submission of case dispositive paperwork. The current deadline for dismissal is December 17, 2018.  *See Banks v. Salgado*, Case No. 18-CV-415-W-AGS.  In another case, an ENE was held, and the case management conference is set for December 10, 2018. *Mason v. Moe Enter., LLC*, Case No. 18-CV-1963-L-BLM.

As for Mr. Gay's four IFP applications, filed between June and November of this year, he lists total monthly expenses of $860 and $970 (3 times). All four applications list $910 in disability income. Mr. Gay's IFP applications do not list any ADA settlement income, nor do they list any cash or other assets.

The status of Mr. Gay's three other federal cases[3] in this district is consistent with that of the sixty-six cases Mr. Taibi filed this year:

- Case No. 18cv1321-L-KSC: Mr. Gay filed a voluntary dismissal prior to the appearance of any defendant.
- Case No. 18cv1715-MMA-MDD: an ENE is scheduled for December 13, 2018.
- Case No. 18cv1717-MMA-KSC: Mr. Gay filed a voluntary dismissal prior to the appearance of any defendant.

In light of the foregoing, the Court **HEREBY ORDERS** Plaintiff to **SHOW CAUSE** why his *in forma pauperis* status should be continued. *See Stehouwer v. Hennessey*, 841 F.Supp. 316, 321 (N.D.Cal., 1994)*, vacated on other grounds by Olivares v. Marshall,* 59 F.3d 109 (9th Cir.1995*)*(*In forma pauperis* status may be acquired and lost during the course of litigation.) Plaintiff's response shall be filed by **December 20, 2018.** With his response, Plaintiff **must lodge under seal** any and all settlement agreements he has been party to within the last twelve months. In lieu of a response, Plaintiff may simply pay the filing fee.

**IT IS SO ORDERED**.

Dated: December 6, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge

---

[3] An online search of San Diego Superior Court's files reveals scores of additional lawsuits filed by Mr. Gay over the past year.