# Select A Case

**Michael A. Taibi is an attorney in 66 cases.**

| | | | |
|---|---|---|---|
| 3:18-cv-00098-WQH-KSC | Mason v. Tracy Van Phan, Inc et al | filed 01/16/18 | |
| 3:18-cv-00283-MMA-MDD | Banks v. Ozoemir et al | filed 02/06/18 | closed 06/13/18 |
| 3:18-cv-00302-LAB-WVG | Mason v. Golden West Furniture, Inc. et al. | filed 02/07/18 | closed 08/23/18 |
| 3:18-cv-00310-H-NLS | Mason v. Coronado et al | filed 02/08/18 | |
| 3:18-cv-00368-JLS-LL | Mason v. Calabrese et al | filed 02/16/18 | |
| 3:18-cv-00375-H-NLS | Mason v. Kojack et al | filed 02/16/18 | |
| 3:18-cv-00415-W-AGS | Banks v. Salgado et al | filed 02/22/18 | |
| 3:18-cv-00416-GPC-AGS | Mason v. Daung et al | filed 02/23/18 | closed 07/25/18 |
| 3:18-cv-00424-MMA-WVG | Banks v. Kimpton Hotel & Restaurant Group, LLC et al | filed 02/23/18 | closed 05/01/18 |
| 3:18-cv-00477-L-BLM | Reyes v. Marwaha et al | filed 03/05/18 | closed 08/10/18 |
| 3:18-cv-00488-LAB-RBB | Mason v. Beach Partners LLC et al | filed 03/06/18 | closed 05/01/18 |
| 3:18-cv-00498-H-JLB | Reyes v. Snoozetown, LLC et al | filed 03/07/18 | closed 08/08/18 |

| | | | |
|---|---|---|---|
| 3:18-cv-00524-BAS-BLM | Banks v. Davies LLC et al | filed 03/12/18 | closed 05/02/18 |
| 3:18-cv-00569-BAS-LL | Reyes v. Webhurst, LLC et al | filed 03/19/18 | |
| 3:18-cv-00570-L-JLB | Banks v. Urbane Cafe Founders Inc. et al | filed 03/19/18 | |
| 3:18-cv-00583-JLS-BGS | Banks v. Pho Kitchen Noodles, Inc. et al | filed 03/21/18 | closed 10/16/18 |
| 3:18-cv-00584-LAB-BLM | Banks v. Rigoberto's Taco Shop, Inc. et al | filed 03/20/18 | |
| 3:18-cv-00589-JLS-MDD | Jackson v. Sushi Freak Franchise Group, LLC et al | filed 03/20/18 | |
| 3:18-cv-00593-GPC-MDD | Jackson v. Torrey Crest Inc. et al | filed 03/21/18 | closed 09/27/18 |
| 3:18-cv-00693-W-NLS | Mason v. KM Investors, LLC et al | filed 04/06/18 | |
| 3:18-cv-00694-L-JLB | Mason v. Cafe Gratitude San Diego, LLC et al | filed 04/06/18 | closed 06/21/18 |
| 3:18-cv-00695-GPC-BLM | Mason v. Hara No Shita De Holdings, Inc. et al | filed 04/06/18 | closed 08/23/18 |
| 3:18-cv-00724-WQH-JMA | Banks v. Mesdaq Inc et al | filed 04/12/18 | closed 05/07/18 |
| 3:18-cv-00797-BAS-KSC | Jackson v. Mesdaq Inc et al | filed 04/25/18 | closed 11/16/18 |
| 3:18-cv-00825-DMS-BLM | Jackson v. WD Toma, Inc. et al | filed 05/02/18 | closed 08/23/18 |

| | | | |
|---|---|---|---|
| 3:18-cv-00839-BEN-WVG | Jackson v. WD Toma Inc. et al | filed 05/01/18 | closed 08/23/18 |
| 3:18-cv-00844-JLS-BGS | Jackson v. Buffalo Joe's L.P. et al | filed 05/01/18 | closed 10/31/18 |
| 3:18-cv-00888-L-BGS | Banks v. Wings N Things INC et al | filed 05/08/18 | closed 10/18/18 |
| 3:18-cv-00946-JAH-BGS | Mason v. Ivanov et al | filed 05/14/18 | |
| 3:18-cv-00970-JM-BGS | Banks v. Kwon et al | filed 05/16/18 | |
| 3:18-cv-01274-L-MDD | Banks v. Jimmy Love's L.P. et al | filed 06/14/18 | |
| 3:18-cv-01290-BTM-NLS | Reyes v. Le Parfait Group LLC et al | filed 06/14/18 | |
| 3:18-cv-01304-AJB-KSC | Navarro v. The Vons Companies Inc et al | filed 06/15/18 | closed 10/22/18 |
| 3:18-cv-01308-WQH-RBB | Navarro v. JJJ Group Inc. et al | filed 06/18/18 | closed 11/01/18 |
| 3:18-cv-01321-L-KSC | Gay v. Fortune Commercial Corporation et al | filed 06/18/18 | closed 09/25/18 |
| 3:18-cv-01380-CAB-WVG | Jackson v. Dang et al | filed 06/21/18 | |
| 3:18-cv-01458-W-LL | Mason v. Serranos Tacos San Diego Inc. et al | filed 06/26/18 | |
| 3:18-cv-01715-MMA-MDD | Gay v. AJ San Diego LLC et al | filed 07/26/18 | |

| | | | |
|---|---|---|---|
| 3:18-cv-01717-MMA-KSC | Gay v. Sayler et al | filed 07/26/18 | closed 09/26/18 |
| 3:18-cv-01718-JLS-MDD | Navarro v. Wolffy's Place Inc et al | filed 07/26/18 | closed 10/09/18 |
| 3:18-cv-01725-WQH-WVG | Navarro v. Gaslamp Tavern LLC et al | filed 07/27/18 | |
| 3:18-cv-01777-BTM-JLB | Mason v. Su Me Yu et al | filed 08/01/18 | closed 11/16/18 |
| 3:18-cv-01815-WQH-BLM | Reyes v. Brian's 24/7 Corp. et al | filed 08/02/18 | |
| 3:18-cv-01823-WQH-KSC | Jackson v. Car Bahn, LLC et al | filed 08/03/18 | closed 10/18/18 |
| 3:18-cv-01847-JAH-KSC | Banks v. Ralphs Grocery Company et al | filed 08/07/18 | |
| 3:18-cv-01944-JAH-WVG | Jackson v. Smashburger Acquisition - San Diego LLC et al | filed 08/21/18 | |
| 3:18-cv-01947-H-WVG | Banks v. Abyan Properties LLC et al | filed 08/21/18 | |
| 3:18-cv-01961-W-WVG | Mason v. Rabinowitz et al | filed 08/23/18 | |
| 3:18-cv-01963-L-BLM | Mason v. Moe Enterprises, LLC et al | filed 08/23/18 | |
| 3:18-cv-01966-CAB-KSC | Navarro v. The Tyrone Times Inc. et al | filed 08/23/18 | |
| 3:18-cv-01989-L-NLS | Banks v. Fargo Colonial LLC et al | filed 08/27/18 | |

| | | |
|---|---|---|
| 3:18-cv-01998-L-NLS | Banks v. MB Hospitality LLC et al | filed 08/27/18 |
| 3:18-cv-02011-DMS-WVG | Jackson v. Palomino's Mexican & Seafood Inc. et al | filed 08/28/18 |
| 3:18-cv-02436-BTM-NLS | Washington v. Arak LLC et al | filed 10/23/18 |
| 3:18-cv-02441-AJB-NLS | Reyes v. Miazada et al | filed 10/24/18 |
| 3:18-cv-02448-BTM-MSB | Navarro v. Tony's Fresh Mexican Food LLC et al | filed 10/24/18 |
| 3:18-cv-02449-WQH-BGS | Navarro v. Armarana Enterprises Incorporated et al | filed 10/24/18 |
| 3:18-cv-02655-WQH-KSC | Mason v. Irish Times LLC et al | filed 11/20/18 |
| 3:18-cv-02658-DMS-BLM | Jackson v. Rei Do Gado Corporation et al | filed 11/20/18 |
| 3:18-cv-02661-CAB-BLM | Gay v. Berumen et al | filed 11/21/18 |
| 3:18-cv-02679-H-LL | Jackson v. Juanita's Taco Shop, Inc. et al | filed 11/27/18 |
| 3:18-cv-02681-AJB-BLM | Dally v. Arucan et al | filed 11/27/18 |
| 3:18-cv-02684-LAB-LL | Reyes v. Chang et al | filed 11/27/18 |
| 3:18-cv-02685-H-JLB | Mason v. Callaway Temecula L.P. et al | filed 11/27/18 |

| | | |
|---|---|---|
| [3:18-cv-02687-L-BLM](#) | Jackson v. San Diego Living Room, Inc. et al | filed 11/28/18 |
| [3:18-cv-02695-CAB-NLS](#) | Reyes v. A & J Gaslamp LLC et al | filed 11/29/18 |