UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GAY,<br><br>              Plaintiff,<br><br>v.<br><br>JUAN ANTONIO BERUMEN, dba EL REY MORO TACO SHOP, OAKLAND SUTTER HOTEL LP,<br><br>              Defendant. | Case No.: 18cv2661-CAB-BLM<br><br>**ORDER SETTING HEARING WITH REGARD TO ORDER TO SHOW CAUSE** |

Plaintiff, a non-prisoner, proceeding with counsel, has filed a complaint for violations of the Americans with Disabilities Act, Unruh Act, California Disabled Persons Act, Negligence and Declaratory Relief.  On November 21, 2018, Plaintiff filed a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  [Doc. No. 2.]  On November 26, 2018, the motion to proceed *in forma pauperis* was granted.  [Doc. No. 4.]  On December 6, 2018, new information came to light that caused this Court to issue an Order to Show Cause ("OSC") why Plaintiff's *in forma pauperis* status should be continued.  [Doc. No. 6.]  On December 19, 2018, Plaintiff filed a response to the OSC.  [Doc. No. 8.]

The Court **HEREBY SETS** a hearing with regard to the OSC for **January 8, 2019** at **10:00 a.m.** in Courtroom 4-C of the Edward J. Schwartz U.S. Courthouse, 221 West

Broadway, San Diego, CA 92101.  **PLAINTIFF LAWRENCE GAY IS ORDERED TO PERSONALLY ATTEND THE HEARING**, along with his counsel, Michael A. Taibi.

     **IT IS SO ORDERED**.

Dated:  December 21, 2018

_____
Hon. Cathy Ann Bencivengo
United States District Judge