Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168:   email: taibiandassociates@gmail.com

Attorney for Plaintiff LAWRENCE GAY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GAY,<br><br>                         Plaintiff,<br><br>vs.<br><br>JUAN ANTONION BERUMEN dba EL REY MORO TACO SHOP, et.al.<br><br>                         Defendants. | Case No. 3:18-cv-02661-CAB-BLM<br><br>**NOTICE OF WITHDRAWAL FOR DOCKET NUMBER 2 MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS BY LAWRENCE GAY.** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On November 21, 2018, in this case, Plaintiff filed a Motion for Leave to Proceed in Forma Pauperis, Docket Number 2. On November 26, 2018, an Order was Granted. On December 6, 2018, the Court filed an Order to Show Cause to Pay the IFP Filing Fee. Plaintiff paid the filing fee on January 3, 2019 and, therefore, is withdrawing his Motion for IFP as it is Moot.

1  Dated: January 7, 2019						TAIBI AND ASSOCIATES, A.P.C.
2										/s/ Michael A. Taibi, Esq.
										Michael A. Taibi, Esq.
3										Attorney for the Plaintiff
										LAWRENCE GAY
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

CERTIFICATE OF SERVICE
3:18-CV-02661-CAB-BLM

I, Michael A. Taibi, Esq, certify and declare as follows:

I am over the age of 18-years and not a party to this action.

My business address is 750 "B" Street, Suite 2510, San Diego, California 92101, which is located in the city, county, and state where the mailing described below took place.

I do hereby certify that the foregoing was served via U.S. Mail during the normal course of business, this 7th day of January 2019, to all parties of record.

**NOTICE OF WITHDRAWAL FOR DOCKET NUMBER 2 MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS BY LAWRENCE GAY**

I swear and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of January 2019, at San Diego, California.

/s/ Michael A. Taibi, Esq.
Michael A. Taibi, Esq.