1  Michael A. Taibi, Esq. SBN.160041
   TAIBI AND ASSOCIATES, APC
2  750 B Street, Suite 2510
   San Diego, CA 92101
3  Telephone: (619) 354-1798
   Facsimile: (619) 784-3168   email: taibiandassociates@gmail.com
4
5  Attorney for Plaintiff LAWRENCE GAY

6

7

8  **UNITED STATES DISTRICT COURT**
   **SOUTHERN DISTRICT OF CALIFORNIA**
9

10 | LAWRENCE GAY,                         | Case No.: 18-cv-02661-CAB-BLM |
   |                                       |                                |
11 |                                       | **EX PARTE MOTION AND APPLICATION REQUESTING ORDER TO SHOW CAUSE HEARING SCHEDULED FOR JANUARY 8, 2019 AT 10:30 A.M. REGARDING IFP FEE WAIVER BE VACATED; OR, IN THE ALTERNATIVE BE CONTINUED TO A FUTURE HEARING DATE.** |
12 |              Plaintiff,               |                                |
13 |        vs.                            |                                |
14 | JUAN ANTONIO BERUMEN dba EL           |                                |
   | REY MORO TACO SHOP, et al             |                                |
15 |                                       |                                |
16 |              Defendants.              |                                |
17

18      Michael A. Taibi, Esq, attorney for the Plaintiff Dwight Banks ("Plaintiff"), hereby
19 submits an ex parte application and order to appear for an Order to Show Cause Regarding IFP
20 Fee Waiver Application("OSC") scheduled for January 7, 2019 at 10:30 a.m. before Judge Cathy
21 Ann Bencivengo, to be vacated or in the alternative, be continued to a future hearing date for the
22 following reasons:
23      1.    The complaint initial filing fee of $400.00 was paid on January 3, 2019 and,
24 therefore, the matter of the IFP fee waiver application is now moot;
25

2.    Michael A. Taibi, Esq., has 2-criminal cases in the Superior Court of California, Vista, scheduled for the same time. One of the matters is a felony case which requires Mr. Taibi's mandatory appearance for his client. The case numbers for which Mr. Taibi is appearing are CN394121 and CN390190.

## RECITAL

On November 21, 2018, Plaintiff filed a complaint with this Court through his attorney, Michael A. Taibi, Esq. On that same date, Plaintiff filed a Motion to Proceed Forma Pauperis which was granted on November 25, 2018 by Judge Cathy Ann Bencivengo.

On December 6, 2018 an Order to Show Cause to pay the filing fee was issued by Judge Cathy Ann Bencivengo requiring the Plaintiff to respond or pay the filing fee. On December 19, 2018, Plaintiff responded to the complaint and on January 3, 2019 paid the filing fee of $400.00.

A subsequent OSC was entered by the Court on December 21, 2018, setting a hearing for the IFP fee requiring Mr. Taibi and the Plaintiff to appear on January 8, 2019 at 10:30 a.m. before Judge Cathy Ann Bencivengo. The Order issued on December 6, 2018, required the Plaintiff to respond to the Order denying the filing fee or pay the filing. Plaintiff did both.

The OSC is moot at this point as Plaintiff has complied with the Court by both responding and paying the fee. Plaintiff has also withdrawn the IFP fee motion/application from the docket as it is moot.

The Plaintiff's attorney is requesting that the Order for OSC be vacated or in the alternative be continued to a future hearing date to allow him to arrange his calendar to appear before this court.

Respectfully Submitted,

Dated: January 7, 2018

/s/Michael A. Taibi, Esq.
Michael A. Taibi, Esq.
Attorney for Plaintiff
Lawrence Gay

# CERTIFICATE OF SERVICE
## 3:18-CV-02661-CAB-BLM

I, Michael A. Taibi, Esq, certify and declare as follows:

I am over the age of 18-years and not a party to this action.

My business address is 750 "B" Street, Suite 2510, San Diego, California 92101, which is located in the city, county, and state where the mailing described below took place.

I do hereby certify that the foregoing was served via U.S. Mail during the normal course of business, this 7th day of January 2019, to all parties of record.

EX PARTE MOTION AND APPLICATION REQUESTING ORDER TO SHOW CAUSE HEARING SCHEDULED FOR JANUARY 8, 2019 AT 10:30 A.M. REGARDING IFP FEE WAIVER BE VACATED; OR, IN THE ALTERNATIVE BE CONTINUED TO A FUTURE HEARING DATE.

I swear and declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of January 2019, at San Diego, California.

/s/ Michael A. Taibi, Esq.
Michael A. Taibi, Esq.