Michael A. Taibi, Esq. SBN.160041
TAIBI AND ASSOCIATES, APC
750 B Street, Suite 2510
San Diego, CA 92101
Telephone: (619) 354-1798
Facsimile: (619) 784-3168;  Email:  matlaw1@ymail.com

Attorney for Plaintiff LAWRENCE GAY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWRENCE GAY,<br><br>Plaintiff,<br><br>vs.<br>JUAN ANTONIO BERUMEN dba EL REY MORO TACO SHOP, et al.<br><br>Defendants. | Case No.: 18-CV-02661-CAB-BLM<br><br>**DECLARATION BY MICHAEL A. TAIBI MASON IN SUPPORT OF EX PARTE MOTION AND APPLICATION REQUESTING ORDER TO SHOW CAUSE HEARING SCHEDULED FOR JANUARY 8, 2019 AT 10:30 A.M. REGARDING IFP FEE WAIVER BE VACATED; OR, IN THE ALTERNATIVE BE CONTINUED TO A FUTURE HEARING DATE.** |

I, MICHAEL A. TAIBI, do hereby declare and state:

1.   I am the attorney for the Plaintiff Lawrence Gay in the above-captioned matter.  I have personal knowledge of the facts set forth below and if called to testify could testify competently to the truth of the facts asserted, except for those facts alleged on information and belief and those facts I believe to be true.

2.   I have responded, on behalf of my client, to the December 6, 2018 order issued by the Court requiring a response to the denial of the IFP fee waiver or to pay the filing fee of $400.00 by responding and opposing the denial of the order and paying the $400.00 filing fee.

1

3. The issue of the IFP fee waiver application and denial is moot at this point as I have complied with the court order to furnish a response and/or pay the filing fee of $400.00 by doing both.

4. My office contacted Judge Cathy Ann Bencivengo's chambers on January 7, 2019, to confirm that the January 8, 2019 hearing at 10:30 a.m. has been vacated. I was informed at that time that I must appear with my client and the matter would not be discussed further.

5. I have two criminal matters scheduled for the same time as the above-referenced hearing, one of which, is a felony matter that requires my personal appearance. I have a conflict and cannot attend the hearing in this matter.

6. I believe that the matter should be vacated and is moot as the filing fee has been paid.

I declare under penalty of perjury under the laws of the United State of America and State of California that the foregoing is true and correct, except as to those matter that I state on belief and believe those to be true.

Dated: January 7, 2019

/s/ Michael A. Taibi
Michael A. Taibi, Esq.
Attorney for the Plaintiff
Lawrence Gay